IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**CALVIN SCOTT,**

    Defendant.

Case No.: 00-3157 D

---

ORDER

---

Before the court is Plaintiff's motion to reopen. For reasons set forth in the court's October 11, 2005 order, Plaintiff's motion to reopen is DENIED as moot.

**IT IS SO ORDERED** this 22 day of December, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:00-CV-03157 was distributed by fax, mail, or direct printing on December 23, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jeffrey M. Brandt
ROBINSON & BRANDT, P.S.C.
11331 Grooms Rd.
Ste. 3000
Cincinnati, OH 45242

Honorable Bernice Donald
US DISTRICT COURT